UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

GABRIEL PALOMINO-VALADEZ,

      Defendant.

_____/            **INDICTMENT**

The Grand Jury charges:

### **Alien Felon Reentry**

On or about July 9, 2026, in Kent County, in the Western District of Michigan, Southern Division,

GABRIEL PALOMINO-VALADEZ,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

                                  A TRUE BILL

                                  [ /s/ Redacted ]
                                 _____
                                  GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney